Certiorari granted. The Solicitor General is invited to file a brief in this case on behalf of the National Labor Relations Board. *Joseph M. Jacobs, Mozart G. Ratner* and *Mortimer Riemer* for petitioners. *Stanley Denlinger* for respondent.

No. 785. SAN DIEGO BUILDING TRADES COUNCIL ET AL. *v.* GARMON ET AL. Supreme Court of California. Certiorari granted. The Solicitor General is invited to file a brief in this case on behalf of the National Labor Relations Board. *Charles P. Scully, Mathew Tobriner* and *John C. Stevenson* for petitioners. *J. Sterling Hutcheson* for respondents.

No. 492. NATIONAL LABOR RELATIONS BOARD *v.* MON-SANTO CHEMICAL Co. C. A. 9th Cir. Certiorari denied. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Margaret M. Farmer* for petitioner. *Alfred J. Schweppe* and *Elton L. French* for respondent.

No. 722. COFFMAN *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Melvin Edward Schaengold* for petitioner. *C. Watson Hover* for respondent.

No. 769. WAYNE HUGH EASLEY TRUST ET AL. *v.* COM-MISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Clyde C. Sherwood* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Harry Baum* for respondent.